**Leslie J. ROBINSON, Appellant,**

v.

**The UNITED STATES, Appellee.**

**Appeal No. 85–2560.**

United States Court of Appeals, Federal Circuit.

Dec. 2, 1986.

Jonathan S. Gelber, Patterson & Reese, Fairfax, Va., argued for appellant. With him on the brief was Gary A. Reese, Fairfax, Va.

Terrance S. Hartman, Commercial Litigation Branch, Dept. of Justice, Washington, D.C., argued for appellee. With him on the brief were Richard K. Willard, Asst. Atty. Gen., David M. Cohen, Director and Sandra P. Spooner, Washington, D.C.

Before MARKEY, Chief Judge, and FRIEDMAN, RICH, DAVIS, BALDWIN,* SMITH, NIES, NEWMAN, BISSELL and ARCHER, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed by an equally divided court.